# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARDEN,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN DOE, et al.,<br><br>    Defendants. | CASE NO. 1:11-cv-01318-LJO-GBC (PC)<br><br>ORDER DENYING MOTION FOR COPIES<br><br>(Doc. 12) |

Plaintiff Michael Harden ("Plaintiff") is a state prisoner proceeding in forma pauperis ("IFP") in this civil rights action pursuant to 42 U.S.C. § 1983. On November 17, 2012, a complaint was lodged. On November 30, 2010, the action was transferred to the Eastern District Court. Doc. 3. On August 12, 20122, Plaintiff filed his first amended complaint. Doc. 7. On September 7, 2011, Plaintiff filed a motion requesting a copy of his first amended complaint. Doc. 12. Plaintiff asserts that he mailed an extra copy of the first amended complaint, however, has not received a court-stamped copy. Doc. 12. On August 10, 2011, the Court sent an informational order which stated:

> You are not required to send this court copies of your documents submitted for filing. Local Rule 5-133(d)(2)(modified). If the filing party wishes the court to return a file-stamped copy, he or she must include one copy for that purpose AND a pre-addressed postage paid envelope. The court cannot provide copies or mailing service for a party, even for an indigent plaintiff proceeding in forma pauperis.

Doc. 5 at 2.

///

///

///

1  As the Court has no record that Plaintiff provided the required postage and envelope, Plaintiff was not entitled to have a copy returned to him. Based on the foregoing, the Court HEREBY DENIES Plaintiff's motion filed on September 7, 2011. Doc 12.

IT IS SO ORDERED.

Dated: May 29, 2012

UNITED STATES MAGISTRATE JUDGE